**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEONARD J. GITTER,

Respondent

v.

ELENA BELOGOLOVSKY,

Petitioner

:  No. 150 MAL 2024
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.